UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HASAN AHMED TALEB AL-THURAYA,<br><br>                        Petitioner,<br><br>-against-<br><br>WARDEN, KRISTI NOEM, and PAMELA BONDI,<br><br>                        Respondents. | 25-cv-2582 (AS)<br><br>ORDER |
| HASAN AHMED TALEB AL-THURAYA,<br><br>                        Petitioner,<br><br>-against-<br><br>KRISTI NOEM and KIKA SCOTT,<br><br>                        Respondents. | 25-cv-3733 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court is in receipt of respondents' letter regarding the denial of petitioner Hasan Al Thuraya's TPS applications. *See* Dkt. 21 (25-cv-2582); Dkt. 12 (25-cv-3733). By **May 27, 2025**, each side should submit a two-page letter with their views as to the effect of these denials on petitioner's pending habeas corpus petition and preliminary injunction motion.

        SO ORDERED.

Dated: May 22, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge