UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HASAN AHMED TALEB AL-THURAYA,

                Petitioner,

-against-

WARDEN, KRISTI NOEM, and PAMELA BONDI,

                Respondents.

25-cv-2582 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On or before August 6, 2025, the Government shall file a letter-brief, accompanied by a declaration from an appropriate official, *see* 8 C.F.R. ¶ 212.5(a), explaining the following:

1. If Al-Thuraya's removal order becomes final, will Al-Thuraya be removed to Yemen? If not, what are the impediments to removal to Yemen?

2. What "third country," Dkt. 12 at 17, does the Government intend to remove Al-Thuraya to? *See id.* ("[A]ny inquiry at this time into whether ICE can successfully remove Al-Thuraya to Yemen or a third country is premature").

3. If Al-Thuraya's removal order becomes final, how long will he remain in detention while the Government determines what to do next give, among other things, (1) and (2)?

4. Al-Thuraya was granted parole in 2021 for urgent humanitarian reasons. What was the basis for revoking Al-Thuraya's parole in 2024? Denying his parole application in 2025?

5. The Second Circuit has stayed Al-Thuraya's removal, citing likelihood of success and irreparable harm. Given that, what is the basis for Al-Thuraya's continued detention? *See* 8 C.F.R. § 212.5(e)(2) ("If the exclusion, deportation, or removal order cannot be executed within a reasonable time, the alien shall again be released on parole unless in the opinion of the official listed in paragraph (a) of this section the public interest *requires* that the alien be continued in custody." (emphasis added)).

If, on further review of the circumstances in this case, including the Second Circuit's recent order, respondents believe that a further review of their parole determination is warranted, they can so advise the Court on or before August 6, 2025.

    SO ORDERED.

Dated: July 29, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge