UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HASAN AHMED TALEB AL-THURAYA,<br><br>                            Petitioner,<br><br>-against-<br><br>WARDEN, KRISTI NOEM, and PAMELA BONDI,<br><br>                            Respondents. | 25-cv-2582 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On or before August 29, 2025, the Government shall file the administrative record for petitioner Hasan Al-Thuraya. In particular, the Court is looking for available records concerning Al-Thuraya's initial arrest and detention, parole (including the grant and revocation of parole), his continuing detention, and any orders from the Immigration Court relating to Al-Thuraya's applications for relief. To the extent these materials have already been filed with the Second Circuit in connection with Al-Thuraya's appeal, that filing can be sent to this Court.

      SO ORDERED.

Dated: August 21, 2025
       New York, New York

                                                             ARUN SUBRAMANIAN
                                                             United States District Judge