UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HASAN AHMED TALEB AL-THURAYA,<br><br>                      Petitioner,<br><br>-against-<br><br>WARDEN, KRISTI NOEM, and PAMELA BONDI,<br><br>                      Respondents. | 25-cv-2582 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On or before September 3, 2025, the parties should submit letter-briefs, no longer than five pages in length, on the following issue: Assuming the due-process factors enumerated in *Mathews v. Eldridge*, 424 U.S. 319 (1976), apply to evaluate whether and what kind of bond hearing petitioner is entitled to, how do those factors apply in this case? *See Black v. Decker*, 103 F.4th 133, 151–59 (2d Cir. 2024) (applying *Matthews* factors to two individuals detained under § 1226(c)).

      SO ORDERED.

Dated: August 25, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge