UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HASAN AHMED TALEB AL-THURAYA,<br><br>                          Petitioner,<br><br>          -against-<br><br>WARDEN, KRISTI NOEM, and PAMELA BONDI,<br><br>                         Respondents. | 25-cv-2582 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The Clerk of Court is directed to change the nature of this suit to 463, so as to impose the docket restrictions ordinarily imposed on immigration cases pursuant to Federal Rule of Civil Procedure 5.2(c). The Clerk of Court is also directed to place Dkts. 34, 35, and 36 under seal.

      SO ORDERED.

Dated: September 8, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge