UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HASAN AHMED TALEB AL-THURAYA,<br><br>                         Petitioner,<br><br>          -against-<br><br>WARDEN, Orange County Correctional<br>Facility et al.,<br><br>                         Respondents. | 25-CV-2582 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Having reviewed the parties' filings in this case, the Court hereby orders that, by **September 29, 2025**, respondents furnish petitioner for a bond hearing before an Immigration Judge, and after its completion, inform the Court as to the Immigration Judge's determination. That hearing should be conducted in accordance with the procedures described in *Black v. Decker*, 103 F.4th 133 (2d Cir. 2024). An opinion describing the Court's reasons for this order, as well as addressing the remaining claims raised in Al-Thuraya's petition, will issue shortly.

Dated:  September 22, 2025
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge