UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hasan Ahmed Taleb Al-Thuraya,<br><br>                      Plaintiff,<br><br>      -against-<br><br>Warden et al.,<br><br>                      Defendants. | 25-CV-2582 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff has filed a motion for injunctive relief. Dkt. 41. Defendants are ORDERED to file their response by October 6, 2025 at 5:00 PM. The Court will hold an in-person hearing on the motion on October 8, 2025, at 2:00 PM ET.

      SO ORDERED.

Dated: October 2, 2025
       New York, New York

                                                            ARUN SUBRAMANIAN
                                                            United States District Judge