UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HASAN AHMED TALEB AL-THURAYA,<br><br>                    Petitioner,<br><br>      -against-<br><br>WARDEN, Orange County Correctional Facility et al.,<br><br>                    Respondents. | 25-cv-2582 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   Al-Thuraya's emergency motion for injunctive relief, Dkt. 41, is DENIED for the reasons discussed in the Government's brief and as addressed on the record at the October 8 hearing, *see* Dkt. 47. By November 6, 2025, the parties shall provide the Court with a status update regarding the proceedings before the Board of Immigration Appeals.

   The Clerk of Court is directed to terminate the motion at Dkt. 41.

   SO ORDERED.

Dated: October 9, 2025
       New York, New York

                                                      _____
                                                            ARUN SUBRAMANIAN
                                                          United States District Judge