UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HASAN AHMED TALEB AL-THURAYA,

       Petitioner,

-against-

WARDEN, Orange County Correctional Facility et al.,

       Respondents.

25-cv-2582 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

  By **Tuesday, November 4, 2025**, the parties shall file a joint letter motion setting forth each side's position as to the impact on this case of *J.M.P. v. Arteta*, --- F.Supp.3d ---, 2025 WL 2984913 (S.D.N.Y. Oct. 23, 2025). The parties should also provide a status update concerning the government's appeal of the IJ's decision granting Al-Thuraya release on bond.

  SO ORDERED.

Dated: October 27, 2025
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge