

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 25, 2025

<u>By ECF</u>
Hon. Arun Subramanian
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *Al-Thuraya v. Warden*, 25-cv-2582 (AS)

Dear Judge Subramanian:

    The government's deadline to file its opposition to petitioner's renewed motion for injunctive relief was 11:59 p.m. on November 24, 2025. The government's opposition was filed at 12:03 a.m. on November 25, 2025, *i.e.*, four minutes late. I write respectfully, with consent of Petitioner's counsel, to request that the Court grant the government a *nunc pro tunc* extension of its response deadline such that the government's opposition (ECF No. 59) is deemed timely filed. The filing was slightly delayed due to a last minute correction that I had to make on the table of authorities that I caught upon a final review of the brief before filing. As noted, Petitioner's counsel consents to this request.

    I apologize to the Court and the petitioner for the short delay in the filing of the government's opposition, and I thank the Court for its consideration of this request.

GRANTED. The Clerk of Court is directed to
terminate the motion at Dkt. 60.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: November 25, 2025

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   */s/ Brandon M. Waterman*
    BRANDON M. WATERMAN
    Assistant United States Attorney
    Telephone: (212) 637-2743
    E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)