UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HASAN AHMED TALEB AL-THURAYA,

                    Petitioner,

          -against-

WARDEN, Orange County Correctional
Facility et al.,

                    Respondents.

25-cv-2582 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In September, an immigration judge (IJ) held a bond hearing pursuant to this Court's order. At the conclusion of that hearing, the IJ authorized Al-Thuraya's release on bond under certain conditions. The government appealed, and it sought and received an automatic stay that was later replaced by a discretionary stay. Al-Thuraya filed a motion to dissolve the discretionary stay, which the Board of Immigration Appeals (BIA) denied. He continues to be detained while waiting for the BIA to resolve the government's appeal.

Al-Thuraya has now been detained for over 13 months. "To address the due process concerns raised by the discretionary stay process, . . . the discretionary stay previously granted will expire on" **January 8, 2026**, "unless by that date the government files a renewed request for a discretionary stay and notice of that request is given to the detainee" with an opportunity for Al-Thuraya to respond to the request; in such event, the discretionary stay previously granted will expire on" **January 15, 2026**, "unless the BIA extends the stay by that date, based on the 'strong showing that [the Government] is likely to succeed' standard set forth" in *Hamama v. Adducci*, 2018 WL 1905074, at *3 (E.D. Mich. Apr. 23, 2018). If the discretionary stay expires, then Al-Thuraya is entitled to release under the bond and other conditions set forth in the IJ's opinion and order.

          SO ORDERED.

Dated:  December 30, 2025
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge